**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: )<br>)<br>Eric W Horton )<br>1224 11th Ave E )<br>Twin Falls, ID 83301 )<br>)<br>Social Security No.: xxx−xx−7362 )<br>Employer's Tax I.D. No.: )<br>)<br>Debtor )<br>)<br>Randalee M Browyer )<br>aka Randalee Horton )<br>1224 11th Ave E )<br>Twin Falls, ID 83301 )<br>)<br>Social Security No.: xxx−xx−8348 )<br>Employer's Tax I.D. No.: )<br>)<br>Joint Debtor )<br>_____ ) | Case Number:    21−40521−JMM<br><br>Chapter Number: 7 |

**DEFICIENCY NOTICE**

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed immediately or the case may be DISMISSED after the due dates listed below.

Schedules A/B−J due 09/17/2021
Ch 7 Income Form 122A−1 due 09/17/2021
Statement of Intent due 09/17/2021
Summary of Schedules due 09/17/2021
Stmt. of Fin. Affairs due 09/17/2021

Dated: 9/8/21

Stephen W Kenyon
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of Idaho

| | |
|---|---|
| In re: | Case No. 21-40521-JMM |
| Eric W Horton | Chapter 7 |
| Randalee M Browyer | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0976-8 | User: admin | Page 1 of 1 |
| Date Rcvd: Sep 08, 2021 | Form ID: def | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Eric W Horton, Randalee M Browyer, 1224 11th Ave E, Twin Falls, ID 83301-6619 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2021                                          Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kameron M Youngblood | on behalf of Joint Debtor Randalee Browyer ylocourtnotice@gmail.com  G29963@notify.cincompass.com |
| Kameron M Youngblood | on behalf of Debtor Eric Horton ylocourtnotice@gmail.com  G29963@notify.cincompass.com |
| US Trustee | ustp.region18.bs.ecf@usdoj.gov |

TOTAL: 3